IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

```
-----------------------------------------------------------x
                                                           :
MICHAEL BETTINI                                            :     3:02 CV 2030 (RNC)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                            :     DATE: FEBRUARY 5, 2004
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
PAUL CIUZIO                                                :     3:02 CV 2032 (JBA)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                            :     DATE: FEBRUARY 5, 2004
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
RICHARD FANNING                                            :     3:02 CV 2034 (SRU)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                            :     DATE: FEBRUARY 5, 2004
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
THOMAS FARLEY                                              :     3:02 CV 2035 (WWE)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                            :     DATE: FEBRUARY 5, 2004
                                                           :
-----------------------------------------------------------x
```

```
-----------------------------------------------------------x
                                                           :
CALOGERO FARRUGGIO                                         :     3:02 CV 2036 (CFD)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                            :     DATE: FEBRUARY 5, 2004
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
CLYDE GIBBS                                                :     3:02 CV 2037 (WWE)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                            :     DATE: FEBRUARY 5, 2004
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
THOMAS INFANTINO                                           :     3:02 CV 2038 (GLG)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                            :     DATE: FEBRUARY 5, 2004
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
ANTONIO SARTORI                                            :     3:02 CV 2039 (PCD)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                            :     DATE: FEBRUARY 5, 2004
                                                           :
-----------------------------------------------------------x
```

2

```
-----------------------------------------------------------x
                                        :
LAWRENCE TRAMAGLINI                     :     3:02 CV 2040 (SRU)
                                        :
                                        :
v.                                      :
                                        :
                                        :
METRO-NORTH RAILROAD CO. ET AL.         :     DATE: FEBRUARY 5, 2004
                                        :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                        :
JOSEPH WALZ                             :     3:02 CV 2041 (DJS)
                                        :
                                        :
v.                                      :
                                        :
                                        :
METRO-NORTH RAILROAD CO. ET AL.         :     DATE: FEBRUARY 5, 2004
                                        :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                        :
MAURICE BARRETT                         :     3:03 CV 180 (DJS)
                                        :
                                        :
v.                                      :
                                        :
                                        :
METRO-NORTH RAILROAD CO. ET AL.         :     DATE: FEBRUARY 5, 2004
                                        :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                        :
DAVID B. BETRIX                         :     3:03 CV 181 (WWE)
                                        :
                                        :
v.                                      :
                                        :
                                        :
METRO-NORTH RAILROAD CO. ET AL.         :     DATE: FEBRUARY 5, 2004
                                        :
-----------------------------------------------------------x
```

3

```
-----------------------------------------------------------x
                                                           :
THOMAS BYRNE, SR.                                          :    3:03 CV 182 (CFD)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                            :    DATE: FEBRUARY 5, 2004
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
FRANK A. DiLORENZO                                         :    3:03 CV 183 (AWT)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                            :    DATE: FEBRUARY 5, 2004
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
DENNIS INCONSTANTI                                         :    3:03 CV 184 (JCH)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                            :    DATE: FEBRUARY 5, 2004
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
JOHN F. JOHNSON, JR.                                       :    3:03 CV 185 (GLG)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                            :    DATE: FEBRUARY 5, 2004
                                                           :
-----------------------------------------------------------x
```

4

```
------------------------------------------------------x
                                                      :
JERRY D. PATTERSON, SR.                               :     3:03 CV 187 (GLG)
                                                      :
                                                      :
v.                                                    :
                                                      :
                                                      :
METRO-NORTH RAILROAD CO. ET AL.                       :     DATE: FEBRUARY 5, 2004
                                                      :
------------------------------------------------------x
------------------------------------------------------x
                                                      :
PEDRO S. RODRIGUEZ                                    :     3:03 CV 188 (JBA)
                                                      :
                                                      :
v.                                                    :
                                                      :
                                                      :
METRO-NORTH RAILROAD CO. ET AL.                       :     DATE: FEBRUARY 5, 2004
                                                      :
------------------------------------------------------x
------------------------------------------------------x
                                                      :
RICHARD STARR                                         :     3:03 CV 189 (RNC)
                                                      :
                                                      :
v.                                                    :
                                                      :
                                                      :
METRO-NORTH RAILROAD CO. ET AL.                       :     DATE: FEBRUARY 5, 2004
                                                      :
------------------------------------------------------x
------------------------------------------------------x
                                                      :
ROBERT WEST                                           :     3:03 CV 190 (AWT)
                                                      :
                                                      :
v.                                                    :
                                                      :
                                                      :
METRO-NORTH RAILROAD CO. ET AL.                       :     DATE: FEBRUARY 5, 2004
                                                      :
------------------------------------------------------x
```

```
-----------------------------------------------------------x
                                        :
ROBERT F. WRIGHT                        :    3:03 CV 191 (RNC)
                                        :
                                        :
v.                                      :
                                        :
                                        :
METRO-NORTH RAILROAD CO. ET AL.         :    DATE: FEBRUARY 5, 2004
                                        :
-----------------------------------------------------------x
```

<u>RULING ON PLAINTIFFS' MOTIONS FOR EXTENSION OF TIME</u>

Familiarity is presumed with this Magistrate Judge's twenty-four page Ruling on the Conrail Defendants' Motions to Compel Plaintiffs, filed January 15, 2004 ["Ruling"], which required plaintiffs to produce documents to the extent set forth in the Ruling with respect to the Conrail Defendants' Requests Nos. 1, 2, 5, 8, 10, 11, 12, 13, 14 & 18, on or before January 30, 2004, and further required plaintiffs to submit to the Magistrate Judge for her <u>in camera</u> review any documents to which a privilege was asserted with respect to the Conrail Defendants' Requests Nos. 4 & 12, also on or before January 30, 2004.  (<u>Bettini</u>, 3:02 CV 2030 (RNC), Dkt. #40).[1]

In these motions, filed February 4, 2004, plaintiffs seek to extend this deadline until April 30, 2004 for the twenty-one plaintiffs in the third and fourth batches, to which neither defense counsel objects.[2]  Accordingly, plaintiffs' Motions for Extension of Time, <u>Bettini</u>, 3:02 CV 2030 (RNC), Dkts. ##43[3] & 45; <u>Ciuzio</u>, 3:02 CV 2032 (JBA), Dkt. #52; <u>Fanning</u>, 3:02 CV 2034 (SRU), Dkt. #40; <u>Farley</u>, 3:02 CV 2035 (WWE), Dkt. #39;

---

[1]For ease of reference, referral is made solely to the docket numbers in the <u>Bettini</u> file.

[2]The Magistrate Judge thanks all three counsel for their cooperative efforts with respect to this motion.

[3]The first motion was filed on January 30, 2004.

6

<u>Farruggio</u>, 3:02 CV 2036 (CFD), Dkt. #44; <u>Gibbs</u>, 3:02 CV 2037 (WWE), Dkt. #42;
<u>Infantino</u>, 3:02 CV 2038 (GLG), Dkt. #41 <u>Sartori</u>, 3:02 CV 2039 (PCD), Dkt. #44;
<u>Tramaglini</u>, 3:02 CV 2040 (SRU), Dkt. #39; <u>Walz</u>, 3:02 CV 2041 (DJS), Dkt. #47; <u>Barrett</u>,
3:03 CV 180 (DJS), Dkt. #38; <u>Betrix</u>, 3:03 CV 181 (WWE), Dkt. #39; <u>Byrne</u>, 3:03 CV 182
(CFD), Dkt. #32; <u>DiLorenzo</u>, 3:03 CV 183 (AWT), Dkt. #35; <u>Inconstanti</u>, 3:03 CV 184
(MRK), Dkt. #40; <u>Johnson</u>, 3:03 CV 185 (GLG), Dkt. #36; <u>Patterson</u>, 3:03 CV 187 (GLG),
Dkt. #32; <u>Rodriguez</u>, 3:03 CV 188 (JBA), Dkt. #40; <u>Starr</u>, 3:03 CV 189 (RNC), Dkt. #36;
<u>West</u>, 3:03 CV 190 (AWT), Dkt. #38; <u>Wright</u>, 3:03 CV 191 (RNC), Dkt. #42 <u>are granted,</u>
<u>so that the plaintiffs in the twenty-one above captioned cases shall comply with the</u>
<u>January 15, 2004 Ruling **on or before April 30, 2004**</u>.

This is not a Recommended Ruling but a Ruling on discovery, the standard of
review of which is specified in 28 U.S.C. § 636; FED. R. CIV. P. 6(a), 6(e) & 72; and Rule
2 of the Local Rules for United States Magistrate Judges.  As such, it is an order of the
Court unless reversed or modified by the District Judge upon timely made objection.

See 28 U.S.C. § 636(b)**(written objections to ruling must be filed within ten**
**days after service of same);** FED. R. CIV. P. 6(a), 6(e) & 72; Rule 2 of the Local Rules
for United States Magistrate Judges, United States District Court for the Dis2rict of
Connecticut; <u>Small v. Secretary, H&HS</u>, 892 F.2d. 15, 16 (2d Cir. 1989)**(failure to file**
**timely objection to Magistrate Judge's recommended ruling may preclude further**
**appeal to Second Circuit).**

Dated at New Haven, Connecticut, this 5th day of February, 2004.


_____ /s/ _____
Joan Glazer Margolis
United States Magistrate Judge