UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

*FILED*

*Jun 28   3 24 PM '04*

*U. S. DISTRICT COURT*
*HAVEN, CONN.*

—————————————————————X

MAURICE BARRETT,                                    CIVIL ACTION

     Plaintiff                                    NO. 3:03CV0180(RNC)

VS.

METRO-NORTH RAILROAD COMPANY,
CONSOLIDATED RAIL CORPORATION, and
AMERICAN FINANCIAL GROUP, INC.,
f/k/a AMERICAN PREMIER UNDERWRITERS, INC.
f/k/a PENN CENTRAL CORPORATION,

     Defendants                                    JUNE 15, 2004
—————————————————————X

## STIPULATION FOR DISMISSAL

    It is hereby stipulated and agreed that this matter may be dismissed with prejudice and without costs to any parties.

PLAINTIFF, MAURICE BARRETT                DEFENDANT, METRO-NORTH
                                          RAILROAD COMPANY,


By _Scott Perry_____            By _A. Sutton_____
  Scott E. Perry (ct17236)                   Anthony D. Sutton, (ct20607)
  CAHILL & GOETSCH, P.C.                     RYAN, RYAN, JOHNSON & DELUCA, LLP
  43 Trumbull Street                        80 Fourth Street, P.O. Box 3057
  New Haven, Connecticut 06511              Stamford, Connecticut 06905
  (203) 777-1000                            (203) 357-9200


                                          DEFENDANTS, CONSOLIDATED RAIL
                                           CORPORATION AMERICAN FINANCIAL
                                           GROUP, INC., f/k/a AMERICAN PREMIER
                                           UNDERWRITERS, INC., f/k/a
                                           PENN CENTRAL CORPORATION,


                                          By _Lori A. Wirkus_____
                                            Lori A. Wirkus (ct19557)
                                            FLYNN & ASSOCIATES, P.C.
                                            400 Crown Colony, Suite 200
                                            Quincy, Massachusetts 02169
                                            (617) 773-5500