UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Maurice Barrett

V.                              Case Number:  3:03cv180(DJS)

Metro-North, et al

**ORDER**

_____**Stipulation for Dismissal of Case** Doc. # **43** - **ORDERED ACCORDINGLY**


Dated at New Haven, Connecticut, July 1, 2004.


        KEVIN F. ROWE, CLERK


        By: _____
           Lori Inferrera
           Deputy Clerk